Attorney: LEVIN EPSTEIN & ASSOCIATES PC  Address: 60 EAST 42ND STREET #4700 NEW YORK, NY 10165    Job #: 1533360

# AFFIDAVIT OF NON SERVICE

Client's File No.: nguyen v. pho

US DISTRICT COURT : SOUTHERN DISTRICT

INDEX NO.: 1:23-cv-04298-JLR
COUNTY OF SOUTHERN



HUNG NGUYEN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

PHO VIETNAM 87 CORPORATION, PHO 87 VIETNAMESE RESTAURANT INC., AND NANCY HUYNH

*Defendant*

STATE OF NEW YORK , COUNTY OF QUEENS , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York . That on the following date: 06/01/2023 , at the following time: 11:27 AM ,
at 87 CHRYSTIE ST., NEW YORK, NY 10002 , deponent attempted to serve the within
Summons in a Civil Action, COMPLAINT
upon NANCY HUYNH
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
87 CHRYSTIE ST., NEW YORK, NY 10002
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: STORE COMPLETELY SHUT DOWN; IS MAKING REPAIRS FOR A BRAND NEW STORE OR REOPENING SHUT DOWN FOR 2 WEEKS ALREADY CONFIRMED WITH NEXT DOOR RESTAURANT

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 05/26/2023 | 10:26 AM | 87 CHRYSTIE ST., NEW YORK, NY 10002 |
| 06/01/2023 | 11:27 AM | 87 CHRYSTIE ST., NEW YORK, NY 10002 |

Sworn to before me on 06/02/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

JEREMY COLEY
DCA License # 2112626

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*