UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUNG NGUYEN,

                Plaintiff(s),

-against-

PHO VIETNAM 87 CORPORATION, et al.,

                Defendant(s).

1:23-cv-04298 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff filed the Complaint with the Court on May 23, 2023 and a summons was issued on May 24, 2023, but the docket reflects that the summons and Complaint were never served on Defendants.

    It is HEREBY ORDERED that Plaintiff submit a letter to the Court by **August 29, 2023** as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, when and in what manner such service was made.

    IT IS FURTHER ORDERED that if the Court does not receive any communication from Plaintiff by **August 29, 2023** showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

Dated: August 22, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge