UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Hung Nguyen, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                             *Plaintiff*,

               - *against* -

Pho Vietnam 87 Corporation, Pho 87 Vietnamese Restaurant Inc., King Chong Food Market, Inc. JBC 87 LLC, JBC 3810 LLC, JBC 2238 LLC, Nancy Huynh, Chu Fun Shin, and Chin Hun Chong,

                            *Defendants*.
------------------------------------------------------------X

Case No.: 23-cv-04298

**CERTIFICATE OF DEFAULT**

    I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 23, 2023 with the filing of a summons and complaint. [*See* Dckt. No. 1]. An amended complaint was subsequently filed on November 1, 2023. [*See* Dckt. No. 23]. A copy of the summons and amended complaint was served on defendant Pho Vietnam 87 Corporation (the "Defaulting Defendant") by personally serving Amy Lesch, and proof of service was therefore filed on November 13, 2023. [*See* Dckt. No. 30].

    I further certify that the docket entries indicate that the Defaulting Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        December 12, 2023

                                                 Ruby J. Krajick, Clerk of Court

                                        By: _____
                                                Deputy Clerk