# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

January 9, 2024

**VIA ECF**
The Honorable Jennifer L. Rochon, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Nguyen v. Pho Vietnam 87 Corporation et al*
**Case No.: 1:23-cv-04298-JLR**

Dear Honorable Judge Rochon:

This law firm represents Plaintiff Hung Nguyen (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to file Plaintiff's Motion for Default Judgment from January 11, 2024 to, through and including, February 12, 2024.

This is the first request of its kind. If granted, this request would not affect any other Court-ordered scheduled deadlines.

The basis of this request is that the undersigned law firm is in the process of gathering additional information from Plainitff, in support of the Motion for Default Judgment.

In light of the foregoing, it is respectfully requested that the Court extend the deadline to file Plaintiff's Motion for Default Judgment from January 11, 2024 to, through and including, February 12, 2024.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4747
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

The request is **GRANTED**. Plaintiff shall the motion for default judgment by **February 12, 2024**.

Dated: January 10, 2024
  New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

VIA ECF: All Counsel