**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Hung Nguyen, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                      *Plaintiff,*

         - against -

Pho Vietnam 87 Corporation, Pho 87 Vietnamese Restaurant Inc., King Chong Food Market, Inc. JBC 87 LLC, JBC 3810 LLC, JBC 2238 LLC, Nancy Huynh, Chu Fun Shin, and Chin Hun Chong,

                      *Defendants*.
---------------------------------------------------------------X

Case No.: 23-cv-04298

Hon. Jennifer L. Rochon, U.S.D.J.

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated March 14, 2024, together with the Affidavit of Hung Nguyen (the "Nguyen Aff."), and the Declaration of Jason Mizrahi (the "Mizrahi Decl."), and the exhibits annexed thereto, Plaintiff Hung Nguyen ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, for an order: (i) entering default judgment against Defendants Pho Vietnam 87 Corporation, Pho 87 Vietnamese Restaurant Inc., King Chong Food Market, Inc., JBC 87 LLC, JBC 3810 LLC, JBC 2238 LLC (collectively, the "Corporate Defendants"), Nancy Huynh, Chu Fun Shin and Chin Hun Chong (the "Individual Defendants", and together with the Corporate Defendants, the "Defendants") pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b), together with such other relief as this Court deems just and proper;

      **PLEASE TAKE FURTHER NOTICE** that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
March 14, 2024

                                            **LEVIN EPSTEIN & ASSOCIATES, P.C.**

                                      By:   /s/ Jason Mizrahi
                                                 Jason Mizrahi, Esq.
                                                 60 East 42nd Street, Suite 4700
                                                 New York, NY 10165
                                                 Tel. No.: (212) 792-0048
                                                 Email: jason@levinepstein.com
                                                 *Attorneys for Plaintiff*

Cc:    All parties via ECF