UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HUNG NGUYEN, *on behalf of himself and others similarly situated in the proposed FLSA collective action*,

                          Plaintiff,

                -against-

PHO VIETNAM 87 CORPORATION, PHO 87 VIETNAMESE RESTAURANT, INC., KING CHONG FOOD MARKET, INC., JBC 87 LLC, JBC 3810 LLC, JBC 2238 LLC, NANCY HUYNH, CHU FUN SHIN, and CHIN HUN CHONG

                          Defendants.

-----------------------------------------------------------------X

**23-CV-4298 (JLR) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Under Local Civil Rule 55.2, a Plaintiff seeking a default judgment is required to file a certificate of service indicating that all documents in support of the request for default judgment have been served on the party against whom default judgment is sought. On March 14, 2024, Plaintiff moved for default judgment and filed supporting documentation. See ECF Nos. 70-73. There is no indication in the record, however, that Plaintiff served his submission in support of a default judgment on Defendants. Consequently, by Friday, January 24, 2025, Plaintiff shall serve a copy of this order and his submission in support of a default judgment on Defendants. Plaintiff shall also file proof of service on the docket by that date. Defendants are warned failure to respond to Plaintiff's motion may result in the issuance of a default judgment and an award of damages based solely on Plaintiff's written submissions, without an in-court hearing.

**SO ORDERED.**

DATED:    New York, New York
                  January 22, 2025

                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge