UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUNG NGUYEN, on behalf of himself and
others similarly situated in the proposed
FLSA Collective Action,

                Plaintiff,                23 **CIVIL** 4298 (JLR)

    -against-                                  **JUDGMENT**

PHO VIETNAM 87 CORPORATION,
PHO 87 VIETNAMESE RESTAURANT
INC., KING CHONG FOOD MARKET, INC.,
JBC 87 LLC, JBC 3810 LLC, JBC 2238 LLC,
NANCY HUYNH, CHU FUN SHIN, and
CHIN HUN CHONG,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 19, 2025, the Court adopts the Report & Recommendation in its entirety. Judgment is entered in favor of Plaintiff on all claims except his WTPA claim. Plaintiff Hung Nguyen shall be awarded: a. compensatory damages in the amount of $57,500.00 (consisting of $4,500.00 in unpaid minimum wages; $36,000.00 in unpaid overtime wages; $12,500.00 in withheld tips; and $4,500.00 in unpaid spread-of-hours wages); b. liquidated damages in the amount of $57,500.00; c. prejudgment interest on his compensatory damages in the amount of $11,498.42; d. attorneys' fees in the amount of $9,775.00; and e. costs in the amount of $1,663.30.

**Dated:** New York, New York
        February 20, 2025

                                                        TAMMI M HELLWIG
                                                        CLERK OF COURT

                                                        By_____
                                                           Deputy Clerk