**Re:** Nguyen v. Pho Vietnam 87 Corporation et al

**Case Number:** 23-cv-04298

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Pho Vietnam 87 Corporation<br>87 Chrystie St., New York, NY 10002<br>337 Grand St., New York, NY 10002<br><br>Pho 87 Vietnamese Restaurant Inc.<br>87 Chrystie St., New York, NY 10002<br>337 Grand St., New York, NY 10002<br><br>King Chong Food Market, Inc.<br>87 Chrystie St., New York, NY 10002<br>337 Grand St., New York, NY 10002 | Levin-Epstein & Associates, P.C.<br>c/o Hung Nguyen<br>420 Lexington Avenue, Suite 2458<br>New York, NY 10170 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| 137,936.72 | Levin-Epstein & Associates, P.C.<br>420 Lexington Avenue, Suite 2458<br>New York, NY 10170 | 2/20/2025 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                , **New York**

**TAMMI M. HELLWIG, Clerk of Court**

_____

**By,**            **Deputy Clerk**